IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE# 4:23CR45 |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| Brian Cruz | ) | |

## ORDER GRANTING LEAVE OF ABSENCE

Counsel, JACK MORRIS DOWNIE, having filed his Motion for Leave of Absence and having served all parties:

IT IS HEREBY ORDERED that said Motion for Leave of Absence for the following dates:

**September 20-22, 2023** is **GRANTED.**

Signed this ___4th___ day of _____August_____ 2023.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia