**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE# 4:23CR45 |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| Brian Cruz | ) | |

## ORDER GRANTING LEAVE OF ABSENCE

Counsel**,** JACK MORRIS DOWNIE, having filed his Motion for Leave of Absence and having served all parties:

IT IS HEREBY ORDERED that said Motion for Leave of Absence for the following dates:

October 19 is **GRANTED.**

Signed this 20th day of September, 2023.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia